ELLA KRUGMAN, Respondent, v. BENJAMIN KRUGMAN, Appellant.—

Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ. Settle order on notice.

JAMES MORRIS, Appellant, v. CALLAHAN CAN MACHINE CO., INC., Respondent.

Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SILBURN GRAY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SILBURN GRAY, Appellant.—

No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.